UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROLYN R. MARKO,

        Plaintiff,                  Case No. 2:16-cv-12204
                                                    Magistrate Judge Anthony P. Patti

v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

## **JUDGMENT**

In accordance with the order denying Plaintiff's motion for summary judgment and granting Defendant's motion for summary judgment entered on July 21, 2017,

It is **ORDERED AND ADJUDGED** that judgment is granted in favor of Defendant and against Plaintiff.

It is further **ORDERED AND ADJUDGED** that the determination of the Commissioner of Social Security is **AFFIRMED** and that the complaint is **DISMISSED** with prejudice.

Dated: July 21, 2017                      s/Anthony P. Patti
                                                  Anthony P. Patti
                                                  UNITED STATES MAGISTRATE JUDGE

## Certificate of Service

I hereby certify that a copy of the foregoing document was sent to parties of record on July 21, 2017, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable Anthony P. Patti
